620

*Attorney General Collett,* and *Mr. Oscar A. Provost* for respondent.

No. 186. UNITED STATES *v.* FRENCH ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Jackson* for the United States. *Mr. Wayne G. Cook* for respondents.

No. 187. SEEMAN *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. David P. Siegel* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 190. GINSBURG *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. I. Harvey Levinson* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. W. Marvin Smith* for the United States.

No. 193. LUCIANO *v.* NEW YORK; and

No. 194. BETILLO ET AL. *v.* SAME. October 10, 1938. Petitions for writs of certiorari to the Supreme Court of New York denied. *Mr. Moses Polakoff* for petitioner in No. 193. *Mr. Stanley H. Fuld* for respondent in No. 193. *Mr. David P. Siegel* for petitioner in No. 194. No appearance for respondent in No. 194. Reported below: 277 N. Y. 348; 14 N. E. 2d 433.